Same case below, 376 Fed. Appx. 315.

**No. 10M18. David Appleby, Petitioner v. Evelyn Seifert, Warden.**

562 U.S. 819, 131 S. Ct. 375, 178 L. Ed. 2d 12, 2010 U.S. LEXIS 6542.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 595 F.3d 532.

**No. 10M19. Nanette Laurence, Petitioner v. Anteon Corporation, et al.**

562 U.S. 819, 131 S. Ct. 375, 178 L. Ed. 2d 12, 2010 U.S. LEXIS 6438.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M20. Curtis L. Smith, Petitioner v. Lynn Cooper, Warden.**

562 U.S. 819, 131 S. Ct. 375, 178 L. Ed. 2d 12, 2010 U.S. LEXIS 6494.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M21. Darrell Dolliver, Petitioner v. United States.**

562 U.S. 819, 131 S. Ct. 376, 178 L. Ed. 2d 12, 2010 U.S. LEXIS 6398.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M22. Alec Redfearn, Sr., Petitioner v. City of Satellite Beach, Florida.**

562 U.S. 819, 131 S. Ct. 376, 178 L. Ed. 2d 12, 2010 U.S. LEXIS 6391.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 33 So. 3d 36.

**No. 10M23. Kerry Devin O'Bryan, Petitioner v. Louis C. Eichenlaub, Warden.**

562 U.S. 819, 131 S. Ct. 376, 178 L. Ed. 2d 12, 2010 U.S. LEXIS 6526.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M24. Espiridion Aranda, Petitioner v. United States.**

562 U.S. 820, 131 S. Ct. 376, 178 L. Ed. 2d 12, 2010 U.S. LEXIS 6210.

October 4, 2010. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.